**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**PARSHOTAM CORPORATION**                                                **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:02-CV-1WHB-AGN**

**TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA**                                       **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal with Prejudice executed by all parties to this matter, this case is hereby dismissed with prejudice.

SO ORDERED this the 2nd day of December, 2005.

                                                        s/William H. Barbour, Jr.
                                                        UNITED STATES DISTRICT JUDGE